IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JOSE A. RODRIGUEZ-LESPIER**<br>2) ROLANDO NATLA-SABATER<br>3) RENE RAMIREZ-ALZAMORA<br>4) RUBEN FERNANDEZ-LOPEZ<br>5) MANUEL PEREZ-HUERTAS<br>6) MAGALI L. FERNANDEZ-LOPEZ<br>7) MELISSA MADERA-LABOY<br>8) CARLOS D. MARTINEZ-MENDOZA<br>9) ERIC C. GONZALEZ-MELENDEZ<br>10) WILFREDO LOPEZ-MARTINEZ<br>11) CARLOS RIVERA-VELAZQUEZ<br>12) CRISTOBAL MUÑOZ-GARCIA<br>13) JOSE M. ALBIZU-RIVERA<br>14) JUAN M. LOPEZ-COLON<br>15) JOSE A. COSME-MALDONADO<br>16) RUFINO COLON-PEREZ<br>17) MARIA L. COLON-VEGA<br>18) EDWIN GARCIA-RIOS<br>19) WILLIAM FLORES-LESPIER<br>20) RAFAEL IRIZARRY-SANTOS<br>21) WILLIAM ROSADO-GUZMAN<br>22) NIURKA M. MUÑOZ-GOMEZ<br>23) JOSE M. GOMEZ-ZALDO<br>24) CARLOS R. RODRIGUEZ-VEGA<br>25) SANTOS R. MONTES-MONTALVO<br>26) SOTERO GONZALEZ-LOPEZ<br>27) FELIX MALDONADO-RIOS<br>28) ERIC H. GONZALEZ-CHACON<br>29) JOSE J. FELICIANO-RIVERA<br>30) JOSE E. LOPEZ-MIRANDA<br>31) MELVIN J. OJEDA-VAZQUEZ<br>32) JAVIER O. PEREZ-HERNANDEZ<br>33) GUSTAVO A. VELEZ-OQUENDO<br>34) LORIMAR SANTIAGO-RODRIGUEZ<br>Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on March 1, 2012 (**docket entry 603**) on a Rule 11 proceeding of defendant José A. Rodríguez-Lespier (1) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on February 24, 2012, to which no opposition

CIVIL 10-0412CCC                    2

has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Rodríguez-Lespier is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 24, 2012.  The **sentencing hearing is set for May 24, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 23, 2012.


S/CARMEN CONSUELO CEREZO
United States District Judge